IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

WALTER O. RHEIN, et al.                                                                    PLAINTIFFS

V.                              NO. 6:16-CV-06059-RTD

BENJAMIN W. LEDWELL and
LEDWELL & SON ENTERPRISES, INC.                                                DEFENDANTS

## ORDER

Now before the Court is the parties' Joint Motion to Dismiss with Prejudice (ECF No. 83). As all parties are agreed and good cause appearing therefore, the Court makes its Order as follows:

This case is hereby DISMISSED WITH PREJUDICE. All attorney's fees, expenses, and court costs related to this litigation shall be paid by the party incurring the same.

**IT IS SO ORDERED** this 21st day of September 2020.

*/s/ Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**